DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AMEFIKA D. GUEKA,**
Appellant,

v.

**EUROPEAN AUTO CLINIC,**
Appellee.

No. 4D22-2012

[May 18, 2023]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Lauren G. Burke, Judge; L.T. Case No. 50-2022-SC-004636-XXXX-MB.

Amefika D. Geuka, West Palm Beach, pro se.

Marshall J. Osofsky of the Law Office of Paul A. Krasker, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***